# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. IANNONE, JR., and NICOLE A. JAMES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AUTOZONE, INC., et al.,<br><br>Defendants. | Case No.: 2:19-cv-02779-MSN-tmp |

## THE AUTOZONE DEFENDANTS' RESPONSE
## TO NORTHERN TRUST'S MOTION SEEKING ENTRY OF A BAR ORDER

On December 7, 2023, Defendants Northern Trust Corporation and Northern Trust Investments, Inc. (the "Northern Trust Defendants") filed a Motion Seeking Entry of a Bar Order (the "Motion"). Dkt. 423. The AutoZone Defendants[1] reserved the right to object and/or file an opposition after the Motion was filed. Now having read the Motion and its accompanying exhibits, the AutoZone Defendants state they do not oppose the entry of the proposed Bar Order (*see* Dkt. 432-2).

Dated: December 13, 2023

Respectfully submitted,

*/s/ Jonathan E. Nelson*

MORGAN, LEWIS & BOCKIUS LLP
Brian T. Ortelere (pro hac vice)
Jeremy P. Blumenfeld (pro hac vice)
Emily C. Reineberg (pro hac vice)

---

[1] The AutoZone Defendants are AutoZone, Inc., Steve Beussink, Brian Campbell, Bill Giles, Rick Smith, Kevin Williams, Michael Womack and Kristen Wright.

1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
brian.ortelere@morganlewis.com
jeremy.blumenfeld@morganlewis.com
emily.reineberg@morganlewis.com

Abbey M. Glenn (pro hac vice)
Mathew J. McKenna (pro hac vice)
1111 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
abbey.glenn@morganlewis.com
mathew.mckenna@morganlewis.com

Samuel D. Block (pro hac vice)
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Telephone: (312) 324-1000
Facsimile: (312) 324-1001
samuel.block@morganlewis.com

BASS, BERRY & SIMS, PLC
David A. Thornton (TN B.P.R. #11158)
John S. Golwen (TN B.P.R. #14324)
Jonathan E. Nelson (TN B.P.R. #28029)
100 Peabody Place, Suite 1300
Memphis, Tennessee 38103
Telephone: (901) 543-5900
Facsimile: (901) 543-5999
dthornton@bassberry.com
jgolwen@bassberry.com
jenelson@bassberry.com

*Counsel for Defendant AutoZone, Inc. and the Individual Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2023, a copy of the foregoing was filed electronically and notice of this filing will be sent by operation of the Court's electronic filing system to the attorneys of record.

*/s/ Jonathan E. Nelson*
Jonathan E. Nelson
