IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. IANNONE, JR., and NICOLE A. JAMES, as plan participants, on behalf of the AUTOZONE, INC. 401(k) Plan, and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AUTOZONE, INC., as plan sponsor, BILL GILES, BRIAN CAMPBELL, STEVE BEUSSINK, KRISTIN WRIGHT, MICHAEL WOMACK, KEVIN WILLIAMS, and RICK SMITH, individually and as members of the AUTOZONE, Inc. Investment Committee, and NORTHERN TRUST CORPORATION and NORTHERN TRUST, INC., as Investment fiduciaries, <br><br> Defendants. | CLASS ACTION <br><br> Case No.: 2:19-cv-02779-MSN-tmp |

**UNOPPOSED MOTION FOR FINAL**
**APPROVAL OF CLASS ACTION SETTLEMENT**

**COME NOW**, the "Class Representatives", Michael J. Iannone, Jr. and Nicole A. James, on behalf of themselves and the Class, in the above-styled action, and hereby move this Court for an Order finally approving the class settlement (the "Settlement Agreement") of the Plaintiffs' Claims against Northern Trust Corporation and Northern Trust, Inc. ("Northern Trust") and certifying the Settlement Class for settlement purposes only.

The Class Representatives seek final approval of their Class and Settlement Agreement. The Class and other terms of the Settlement Agreement were agreed upon after several years of intense litigation and arm's-length negotiations with the assistance of a highly respected mediator.

The Settlement Agreement is fair, reasonable, adequate, and likely to warrant final approval under the Sixth Circuit's long standing class settlement fairness factors as well as the requirements of Fed. R. Civ. P. 23(e). Moreover, the Settlement Class satisfies and is certifiable under Fed. R. Civ. P. 23(b)(1). The Plan of Distribution of settlement proceeds, and Notice should be approved because it is fair, adequate, and reasonable. No objections warrant disapproval of the Settlement.

In support of this Motion, the Class Representatives submit herewith their Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement, along with accompanying exhibits.

After the Court conducts its Final Approval Hearing on November 21, 2024, for these reasons, as well as those set forth in the supporting materials submitted herewith, the Class Representatives respectfully request that the Court finally approve the Settlement pursuant to Federal Rule of Civil Procedure 23(e) and enter the proposed Final Approval Order (Doc. 422-4).

          RESPECTFULLY SUBMITTED,

          */s/ D G. Pantazis, Jr.*
          D. G. Pantazis
          *Counsel for Plaintiffs*

**OF COUNSEL:**
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
(205) 314-0557
dgpjr@wigginschilds.com

James H. White, IV
JAMES WHITE, LLC
2100 1st Ave North, Suite 600
Birmingham, Alabama 35203
(205) 383-1812
james@whitefirmllc.com

Lange Clark
LAW OFFICE OF LANGE CLARK, P.C.
301 19th Street North, Suite 550
Birmingham, Alabama 35203
(205) 939-3933
langeclark@langeclark.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2024, the above and foregoing document was filed and served via the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

    Brian T. Ortelere, Esquire
    Jeremy P. Blumenfeld, Esquire
    Emily C. Reineberg Byrne, Esquire
    **MORGAN, LEWIS & BOCKIUS LLP**
    1701 Market Street
    Philadelphia, PA 19103
    Telephone: (215) 963-5000
    Facsimile: (215) 963-5001
    jeremy.blumenfeld@morganlewis.com
    brian.ortelere@morganlewis.com
    emily.reineberg@morganlewis.com

    Abbey M. Glenn, Esquire
    Mathew J. McKenna, Esquire
    **MORGAN, LEWIS & BOCKIUS LLP**
    1111 Pennsylvania Avenue NW
    Washington, DC 20001
    Telephone: (202) 739-3000
    Facsimile: (202) 739-3001
    abbey.glenn@morganlewis.com
    Mathew.mckenna@morganlewis.com

Samuel D. Block, Esquire
MORGAN LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606
Tel: (312) 324-1000
Fax: (312) 324-1001
samuel.block@morganlewis.com

David A. Thornton, Esquire
John S. Golwen, Esquire
Jonathan E. Nelson, Esquire
**BASS, BERRY & SIMS, PLC**
100 Peabody Place, Suite 1300
Memphis, TN 38103
Telephone: (901) 543-5900
Facsimile: (901) 543-5999
dthornton@bassberry.com
jgolwen@bassberry.com
jenelson@bassberry.com

*Counsel for Defendant AutoZone, Inc., Steve Beussink, Brian Campbell, Bill Giles, Rick Smith, Kevin Williams, Michael Womack and Kristen Wright*

Patrick G. Walker, Esquire
**HARRIS SHELTON HANOVER WALSH, PLLC**
6060 Primacy Parkway, Suite 100
Memphis, Tennessee 38119
pwalker@harrisshelton.com

David Tetrick, Jr., Esquire
Darren A. Shuler, Esquire
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, Georgia 30309
dtetrick@kslaw.com
dshuler@kslaw.com

Amanda Sonneborn, Esquire
**KING & SPALDING LLP**
110 N Wacker Drive, Suite 3800
Chicago, Illinois 60606
asonneborn@kslaw.com

*Attorneys for Northern Trust Corporation and*
*Northern Trust Investments, Inc.*

*/s/ D.G. Pantazis*
Of Counsel
