**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL J. IANNONE, JR., and NICOLE A. JAMES, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No.: 2:19-cv-02779-MSN-tmp |
| vs. | |
| AUTOZONE, INC., *et al.*, | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Michael J. Iannone, Jr. and Nicole A. James, individually and on behalf of all others similarly situated, respectfully submit the attached supplemental authority to the caselaw submitted both before and after the trial in this matter:

The Supreme Court of the United States issued a decision in *Casey Cunningham, et al. v. Cornell University, et al.* (2025 U.S. LEXIS 1458 *, ___ S. Ct. ____; 2025 WL 1128943 attached hereto as **Exhibit A**.

RESPECTFULLY SUBMITTED,

*/s/ D. G. Pantazis, Jr.*
D. G. Pantazis, Jr.
***One of the Attorneys for Plaintiffs***

**OF COUNSEL:**
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
(205) 314-0557
dgpjr@wigginschilds.com

James H. White, IV
JAMES WHITE, LLC
2100 1st Ave North, Suite 600
Birmingham, Alabama 35203
(205) 383-1812
james@whitefirmllc.com

Lange Clark
LAW OFFICE OF LANGE CLARK, P.C.
301 19th Street North, Suite 550
Birmingham, Alabama 35203
(205) 939-3933
langeclark@langeclark.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 25, 2025, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF, which will serve a Notice of Electronic Filing generated

by CM/ECF on all counsel of record.

Brian T. Ortelere, Esquire
Jeremy P. Blumenfeld, Esquire
Emily C. Reineberg Byrne, Esquire
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
jeremy.blumenfeld@morganlewis.com
brian.ortelere@morganlewis.com
emily.reineberg@morganlewis.com

Abbey M. Glenn, Esquire
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue NW
Washington, DC 20001
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
abbey.glenn@morganlewis.com

David A. Thornton, Esquire
John S. Golwen, Esquire
Jonathan E. Nelson, Esquire
**BASS, BERRY & SIMS, PLC**
100 Peabody Place, Suite 1300
Memphis, TN 38103
Telephone: (901) 543-5900
Facsimile: (901) 543-5999
dthornton@bassberry.com
jgolwen@bassberry.com
jenelson@bassberry.com

*Counsel for Defendant AutoZone, Inc., Steve Beussink,
Brian Campbell, Bill Giles, Rick Smith, Kevin Williams,
Michael Womack and Kristen Wright*

/s/ D. G. Pantazis, Jr.
Of Counsel