IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. IANNONE, JR., and NICOLE A. JAMES, individually and on behalf of all others similar situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AUTOZONE, INC., *et al.*,<br><br>Defendants. | Case No.: 2:19-cv-02779-MSN-tmp |

**NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO DEFENDANTS'
POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Defendants AutoZone, Inc., Steve Beussink, Brian Campbell, Bill Giles, Rick Smith, Kevin Williams, Michael Womack, and Kristen Wright (collectively, the "AutoZone Defendants"), by and through their undersigned counsel, respectfully submit as supplemental authority Exhibit A, a recent post-trial decision rejecting ERISA breach of fiduciary duty claims based on allegedly imprudent monitoring of actively-managed investment options. *See Waldner v. Natixis Investment Managers, L.P., et al.*, No. CV 21-10273-LTS, 2025 WL 1871290 (D. Mass. June 26, 2025).

Dated: July 9, 2025

                                                Respectfully submitted,

                                                *s/ Abbey M. Glenn*
                                                Brian T. Ortelere (pro hac vice)
                                                Jeremy P. Blumenfeld (pro hac vice)
                                                Emily Reineberg Byrne (pro hac vice)
                                                MORGAN, LEWIS & BOCKIUS LLP
                                                1701 Market Street

Philadelphia, PA 19103-2921
Tel:  (215) 963-5000
Fax:  (215) 963-5001
brian.ortelere@morganlewis.com
jeremy.blumenfeld@morganlewis.com
emily.reineberg@morganlewis.com

Abbey M. Glenn (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel:  (202) 739-3000
Fax:  (202) 739-3001
abbey.glenn@morganlewis.com

David A. Thornton (#11158)
John S. Golwen (#14324)
Jonathan E. Nelson (TN #28029)
BASS, BERRY & SIMS, PLC
100 Peabody Place, Suite 1300
Memphis, TN 38103
Tel: (901) 543-5900
Fax: (901) 543-5999
dthornton@bassberry.com
jgolwen@bassberry.com
jenelson@bassberry.com

*Counsel for Defendants AutoZone, Inc., Steve Beussink, Brian Campbell, Bill Giles, Rick Smith, Kevin Williams, Michael Womack and Kristen Wright*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, a copy of the foregoing document was filed electronically and notice of this filing will be sent by operation of the Court's electronic filing system to the attorneys of record.

*/s/ Abbey M. Glenn*
Abbey M. Glenn